# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DANIEL L. SPUCK, | : | No. 20 WAP 2015 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated August 5, |
| | : | 2015 at No. 270 MD 2015. |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

AND NOW, this 29th day of March, 2016, the Order of the Commonwealth Court is **AFFIRMED**.